41 So.2d 911

### C. A. CRUMP et al. v. Elizabeth Bryant WARD et al.
8 Div. 462.

Supreme Court of Alabama.
May 17, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

41 So.2d 911

### DEALERS TRANSPORT CO. et al. v. Minnie THOMPSON, Adm'rx.
6 Div. 794.

Supreme Court of Alabama.
June 22, 1949.

PER CURIAM.
Appeal dismissed, motion of appellants.

40 So.2d 913

### R. T. DICKS v. Willie DU BOSE et al.
2 Div. 261.

Supreme Court of Alabama.
March 22, 1949.

PER CURIAM.
Appeal dismissed, want of prosecution.

---

39 So.2d 922

### Ruby Jackson GAINER v. BOARD OF EDU-CATION, JEFFERSON COUNTY et al.
6 Div. 816.

Supreme Court of Alabama.
Jan. 18, 1949.

Geo. S. Brown, Crampton Harris and Arthur D. Shores, all of Birmingham, for appellant.

Harvey Deramus, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

41 So.2d 911

### Vina Mae Parker GIBBS v. W. C. GIBBS.
6 Div. 838.

Supreme Court of Alabama.
April 21, 1949.

Earney Bland and Ralph Bland, of Cull-man, for appellant.

Ernest Galin and Mitchell & Galin, of Cullman, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

39 So.2d 922

### Annie Mae GILFORD, Adm'rx, v. EMER-GENCY AID INSURANCE CO.
4 Div. 543.

Supreme Court of Alabama.
March 3, 1949.

PER CURIAM.
Appeal dismissed without prejudice.